**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Evangelina MURRILLO–PENA,**
**Defendant–Appellant.**

**No. 06–40760**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 4, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

PER CURIAM: *

Evangelina Murrillo–Pena has filed an unopposed motion to summarily affirm the conviction and summarily vacate the sentence and remand for resentencing in light of *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), and *United States v. Estrada–Mendoza,* 475 F.3d 258 (5th Cir.2007). The motion is GRANTED, the conviction is AFFIRMED, the sentence is VACATED, and the case is REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.